IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

```
 ROBERT FLOOD                          )
                                       )
           Plaintiff                   )
v                                      )
                                       )         11-4203-CV-C-NKL
                                       )
BOARD OF CURATORS LINCOLN UNIVERSITY   )
       Defendant(s)                    )
```

**ORDER**

A settlement conference will be held in the above-styled cause before the undersigned to permit an informal discussion between the attorneys, parties and settlement judge of every aspect of the lawsuit bearing on settlement, thus allowing the settlement judge to express privately his views concerning the actual dollar settlement value or other reasonable disposition of the case. It is not necessary for parties to brief the issues in this case prior to the conference.

Neither the settlement conference statements nor communications during the settlement conference with the settlement judge may be used by either party in the trial of the case. The settlement judge may converse with the lawyers, the parties, or any one of them outside the hearing of the other.

***Lead trial counsel and a person with actual settlement authority for each party must be present for the conference.*** A corporate or other nonperson party shall be represented by a person with sufficient authority within the organization to participate meaningfully in a discussion of settlement and to obligate the organization if a settlement agreement is reached. In addition, if an insurance company's approval or authority to settle is required by any party, a representative of that insurance company shall attend this conference.

**All parties are directed to attend this conference. Availability by telephone is not sufficient unless allowed by the undersigned.** Failure to comply with the attendance requirement will subject a party and/or counsel to the

imposition of appropriate sanctions, including, but not limited to, the payment of costs and fees incurred by opposing parties.

IT IS HEREBY ORDERED that mediation is scheduled in the above-styled cause for December 6, 2011, beginning at 10:00 a.m., Courtroom 3B, U.S. Courthouse, 80 Lafayette Street, Jefferson City, Missouri.

If parties have questions, they should contact Jackie at 573-556-7561 or [jackie.price@mow.uscourts.gov](jackie.price@mow.uscourts.gov).

*William A. Knox*
William A. Knox
United States Magistrate Judge

October 12, 2011